

IN THE
TENTH COURT OF APPEALS

No. 10-13-00053-CV

DAVID B. CANTU,

Appellant

 v.

ENRIQUE M. CARRIZALES
AND WILIBARDO GARCIA,

Appellees

From the 414th District Court
McLennan County, Texas
Trial Court No. 2010-4404-5

MEMORANDUM OPINION

The Court's May 23, 2013 order provided:

No later than 14 days after the expiration of the six-month's stay, Appellant is directed to file a status report on the stay in the liquidation proceeding. The status report, which may be by letter, should include information pertaining to whether the stay has been extended by further order of the 419th District Court in the liquidation proceeding.

In a letter dated November 25, 2013, the Clerk of the Court notified the parties as

follows:

In accordance with the Court's May 23, 2013 order, Appellant's status report on the stay in the liquidation proceeding was due on October 21, 2013.

**Unless the status report is filed within 14 days of the date of this letter, this matter will be referred to the Court for further action.**

No status report was filed by Appellant. Therefore, in a letter dated January 8, 2014, the Clerk of the Court directed Appellant to file the status report within 14 days and that if Appellant failed to timely file the status report, the appeal would be dismissed without further notification.

Appellant has failed to respond to the Clerk's January 8, 2014 letter and has failed to file the status report. This appeal is dismissed. TEX. R. APP. P. 42.3(b, c).


REX D. DAVIS
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeal dismissed
Opinion delivered and filed February 6, 2014
[CV06]